UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-02260-ODW (BFMx) | Date | April 14, 2025 |
|---|---|---|---|
| Title | *Dr. John Attenello MD APC v. UnitedHealthcare Insurance Company* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER STRIKING DOCUMENT (ECF No. 16.)**

The Court reviewed Plaintiff's Motion to Remand, (ECF No. 16). The Court **STRIKES** that document for the following reason(s):

_X_   Motion filed less than twenty-eight days before date noticed for hearing, or less than thirty-five days before date noticed for hearing motion for summary judgment. *See* C.D. Cal. Civ. L.R. 6-1; Scheduling and Case Management Order ¶ 6.f.

_X_   Failure to contact opposing counsel to discuss thoroughly, the substance of the contemplated motion and any potential resolution. *See* C.D. Cal. Civ. L.R. 7-3.

___   Wrong font size or improperly formatted (e.g., single spaced, improper margins, missing pages numbers, etc.). *See* C.D. Cal. Civ. L.R. 11-3.

___   Missing certificate of compliance. *See* C.D. Cal. Civ. L.R. 11-6.

___   Missing required information (e.g., Notice of Motion; title page or caption information; table of contents; table of authorities; index of exhibits; Proposed Order, etc.). *See* C.D. Cal. Civ. L.R. 7-4, 7-20, 11-3, 11-8.

___   Does not comply with C.D. Cal. Civ. L.R. 7-6 or 11-5 regarding evidence on motions or filing exhibits electronically.

\_\_\_ Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion.  *See* Scheduling and Case Management Order ¶ 6.f.

\_\_\_ Response does not list and respond to the numbered statement of material facts from the Motion for Summary Judgment.  Scheduling and Case Management Order ¶ 6.f.

\_\_\_ Does not comply with L.R. 79-5 regarding filing an item under seal in a civil case.

\_\_\_ Does not comply with Order or Notice in this case for the following reasons: _____.

\_\_\_ Other: _____.

The document is stricken and not part of the record.  Accordingly, the Court **DENIES AS MOOT** Defendant United Healthcare Insurance Company's Request to Strike, (ECF No. 21).

Plaintiff is advised that the Federal Pro Se Clinic offers free information and guidance to individuals who are representing themselves in federal civil actions.  The Los Angeles Clinic operates by appointment only.  Appointments are available either by calling the Clinic or by using an internet portal.  The Clinic can be reached at (213) 385-2977, ext. 270 or through an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles.  Clinic staff can respond to many questions *with a telephonic appointment or through an email account.*  It may be more convenient to email questions or schedule a telephonic appointment.  Plaintiff is encouraged to confer with the Clinic and retain legal representation.

**IT IS SO ORDERED.**

_____ : 00

Initials of Preparer   SE